STATE OF NORTH CAROLINA v. COREY TYRONE SNEED

No. 601PA03

(Filed 1 July 2004)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 161 N.C. App. 331, 588 S.E.2d 74 (2003), vacating a judgment entered 17 July 2002 by Judge W. Allen Cobb, Jr. in Superior Court, New Hanover County. Heard in the Supreme Court 18 February 2004.

*Roy Cooper, Attorney General, by William P. Hart, Special Deputy Attorney General, and Lisa Granberry Corbett, Assistant Attorney General, for the State.*

*Daniel Shatz for defendant-appellee.*

*Marshall Hurley, PLLC, by Marshall Hurley, for Families Against Mandatory Minimums; and Charles E. Daye and Paul M. Green, for the North Carolina Academy of Trial Lawyers, amici curiae.*

STATE ex rel. COMM'R OF INS. v. N.C. RATE BUREAU

[358 N.C. 539 (2004)]

PER CURIAM.

Pursuant to this Court's opinion in *State v. Jones*, 358 N.C. ——, —— S.E.2d —— (June 25, 2004) (No. 591PA03), we reverse the decision of the Court of Appeals. However, as to the additional assignments of error raised by defendant but not addressed by the Court of Appeals, this case is hereby remanded to the Court of Appeals for its consideration of these issues.

REVERSED AND REMANDED.